| | |
|---|---|
| 1 | C. Hugh Greenup, Bar No. 102191 |
| 2 | **CAMPBELL GREENUP LAW**<br>23480 Park Sorrento, Ste. 250 |
| 3 | Calabasas, California 91302<br>Telephone: (310) 466-5740 |
| 4 | Facsimile: (818) 591-1710<br>ccventura@msn.com |
| 5 | |
| 6 | **BOLENDER LAW FIRM**<br>609 Deep Valley Drive, Ste. 200 |
| 7 | Rolling Hills Estates, California 90274<br>Telephone: (310) 896-2444 |
| 8 | Facsimile: (424) 320-2642<br>jbolender@bolender-firm.com |
| 9 | Attorneys for Third Party Defendant, |
| 10 | ST. PAUL LAUNDRY & DRY CLEANERS, INC. |
| 11 | |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | | |
| 15 | ESTATE OF BETTY GOLDBERG, Deceased and ESTATE OF AL GOLDBERG, deceased, by and through their successor in interest, Daniel Rubin | Case No.: 5:14-cv-01872-DSF (SHx) |
| 16 | | **THIRD PARTY DEFENDANT ST. PAUL LAUNDRY & DRY CLEANERS, INC.'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. RULE 26** |
| 17 | | |
| 18 | Plaintiffs, | |
| 19 | v. | **Assigned for all purposes to Hon. Dale S. Fischer** |
| 20 | | |
| 21 | GOSS-JEWETT COMPANY, INC., *et al.*, | |
| 22 | | Complaint Filed: 9/8/2014<br>TPC Complaint Filed: 5/14/2015<br>Trial Date: 9/13/2016 |
| 23 | Defendants. | |
| 24 | DONALD J. GEORGE | |
| 25 | Third Party Plaintiff, | |
| 26 | v. | |
| 27 | PPG INDUSTRIES, INC., ST. PAUL DRY & LAUNDRY, INC., ST. | |
| 28 | | |

- 1 -
THIRD-PARTY DEFENDANT ST. PAUL LAUNDRY & DRY CLEANERS, INC. INITIAL
DISCLOSURES (FRCP RULE 26)

| | |
|---|---|
| PAUL CLEANERS & LAUNDRY, INC., FLOYD R. BAKER. WANDA L. BAKER, CALIFORNIA DEPARTMENT OF TRANSPORTATION, COIT SERVICES, INC., AND DOES 1-20, *et al.*, | |
|            Third Party Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant THIRD PARTY DEFENDANT ST. PAUL LAUNDRY & DRY CLEANERS, INC. ("SPDL") hereby provides the following initial disclosures, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure. SPDL reserves the right to supplement these disclosures as this lawsuit proceeds, including after the pleadings are at issue and SPDL has had the opportunity to file counterclaims, cross claims, third-party claims, etc.

SPDL has made a good faith effort to identify the documents, witnesses and information material to the lawsuit that is within its possession and control at this early juncture, and are subject to supplementation as additional information becomes available. SPDL reserves its right to use in discovery, motions, and trial, all documents, witnesses and information that it may subsequently discover but that are not contained in this initial disclosure to the fullest extent permitted by law. SPDL makes these disclosures without waiving: (1) the right to object to the admissibility in evidence of any information disclosed on the grounds of competency, relevancy, hearsay, or any other proper ground, or the right to object to the use of any information disclosed herein

for any purpose, in whole or in part, in any proceeding in this action or in any other action; and (2) the right to object on any and all proper grounds to any other discovery request or proceeding involving or relating to the subject matter of these disclosures consistent with the Federal Rules of Civil Procedure and Federal Rules of Evidence. SPDL also reserves the right to call any witness or present any exhibit or item at trial not listed here but determined through discovery or investigation to be relevant to the subject matter of this action. Subject to, and without waiving the foregoing, SPDL makes the following disclosures:

## I. INDIVIDUALS LIKELY TO HAVE INFORMATION THAT SPDL MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES

Pursuant to Rule 26, subdivision (a)(1)(A) of the Federal Rules of Civil Procedure, and based on reasonably available information, SPDL identifies the following individuals who are likely to have discoverable information in support of SPDL's claims and defenses:

| Name of Individual Likely To Have Discoverable Information | Contact Information | Subject Matter of Discovery Information |
|---|---|---|
| Leonard Himelsein | Counsel of Record | Status of SPDL; operations of SPDL |
| Burt Chortkoff | Unknown | Operation of Former Tenant at 407 Bath St., Santa Barbara, CA 91301. |
| Ho Suk Hong | Counsel of Record | Operation of Current Tenant at 407 Bath St. |

| | | |
|---|---|---|
| | | Santa Barbara, CA 91301. |
| Ron Alex | Unknown | Status of SPDL; operations of SPDL |
| Gil Garcia | Unknown | Status of SPDL; operations of SPDL |
| Representatives of State of California Regional Water Quality Control Board ("RWQCB") | Contact Information Available in Public Record | 407 Bath St., Santa Barbara, CA 91301. |
| Representatives of State of California Department of Toxic Substances Control ("DTSC") | Contact Information Available in Public Record | 407 Bath St., Santa Barbara, CA 91301. |
| Ron Alex | Unknown | Status of SPDL; operations of SPDL |
| All Other Parties To This Action | Counsel of Record | Matters related to (i) Property (220 W. Gutierrez, Santa Barbara, CA 93101); (ii) Cal Trans Property (325 De La Vina St., Santa Barbara CA 93101) and matters related to this action. |

In addition to the above identified Individuals, there may be other persons identified during the course of discovery which SPDL may use to support its claims or defenses. These individuals will be identified as they become known to SPDL. Further, because the disclosure of expert information is governed by the timing requirements of Federal Rules of Civil Procedure Rule 26(a)(2), SPDL is not presently

disclosing expert information.

## II. DESCRIPTIONS BY CATEGORY AND LOCATION OF ALL DOCUMENTS OR THINGS IN SPDL'S POSSESSION OR CONTROL THAT SPDL MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES

SPDL has only recently appeared and has had very limited opportunity to conduct a factual investigation related to this matter. As discovery has only just begun, SPDL has not located and reviewed any such documents, other than documents already produced, at this time. However, there may be other documents and materials produced during the course of discovery that SPDL may use to support its claims or defenses.

In connection with this litigation, SPDL has received from counsel for Plaintiffs, Estate of Betty Goldberg and Estate of Al Goldberg ("Plaintiffs") documents bates numbers GOLDBERG0000001-0001178. In addition, SPDL has also received from counsel for Third Party Plaintiffs and Intervenors, Vigilant Insurance Company, Standard Fire Insurance Company, Great American Insurance Company, and Century Indemnity Company, and Defendants Estate of Robert Schack and Estate of Benjamin Fohrman, documents bates numbers INS000001-INS014341. Documents related to insurance, corporate formation, and public records related to 220 W. Gutierrez St., Santa Barbara, CA, areas to which the contamination has migrated, and all Parties are in the possession of Plaintiff.

//

//

- 5 -
THIRD-PARTY DEFENDANT ST. PAUL LAUNDRY & DRY CLEANERS, INC. INITIAL DISCLOSURES (FRCP RULE 26)

## III. COMPUTATION OF DAMAGES CLAIMED BY SPDL

SPDL has not yet determined any damages, but reserves the right to supplement, update, or amend these disclosures as discovery continues.

## IV. INSURANCE AGREEMENTS UNDER WHICH AN INSURED BUSINESS MAY BE LIABLE TO SATISFY ALL OR PART OF A POSSIBLE JUDGMENT IN THE ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFY THE JUDGMENT

SPDL has no insurance agreements to disclose.

Dated: October 27, 2015    **CAMPBELL GREENUP LAW**

/s/

By: /s/Campbell Hugh Greenup
Attorneys For Third-Party Defendant St. Paul Cleaners & Laundry, Inc.

Dated: October 27, 2015    **BOLENDER LAW FIRM**

/s/

By: /s/Jeffrey Bolender
Attorneys For Third-Party Defendant St. Paul Cleaners & Laundry, Inc.

## PROOF OF SERVICE

I, the undersigned, declare that I am employed in the City of Calabasas and County of Los Angeles. I am over the age of eighteen years and not a party to the entitled action.

My business address is 23480 Park Sorrento #250, Calabasas CA 91302.

I further declare that on October 26, 2015, I served the following document(s):

**Initial Disclosures of Third-Party Defendant St. Paul Cleaners & Laundry, Inc.**

on the recipients designated on the Transaction Receipt located in the United States District Court, Central District of California website in this action as noted below:

☒ **BY ELECTRONIC TRANSMISSION:** By filing and serving directly through United States District Court, Central District of California CM/ECF website at https://ecf.cacd.uscourts.gov.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 26, 2015, in Calabasas, California.

By: /s/ Campbell H Greenup
**CAMPBELL HUGH GREENUP**