Matthew C. Bures (SBN 143361)
mcbures@wolfewyman.com
Christopher T. Johnson (SBN 209685)
ctjohnson@wolfewyman.com
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone:  (949) 475-9200
Facsimile:   (949) 475-9203

Attorneys for Intervenors
VIGILANT INSURANCE COMPANY; THE STANDARD FIRE INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, f/k/a/ AMERICAN NATIONAL FIRE INSURANCE COMPANY; CENTURY INDEMNITY COMPANY, as Successor to CCI INSURANCE COMPANY, as Successor to INSURANCE COMPANY OF NORTH AMERICA

Attorneys for Defendants
THE ESTATE OF BENJAMIN F. FOHRMAN, DECEASED, and THE ESTATE OF ROBERT SCHACK, DECEASED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor in interest Daniel Rubin,<br><br>          Plaintiffs,<br><br>   v.<br><br>GOSS-JEWETT COMPANY, INC, et al.,<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTIONS AND THIRD-PARTY ACTIONS. | Case No.:  5:14-cv-01872-DSF (AFMx)<br><br>Assigned for all purposes to:<br>Judge Dale S. Fischer<br><br>**DECLARATION OF MATTHEW C. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT UNDER FRCP 56**<br><br>**[FRCP 56]**<br><br>DATE:     April 4, 2016<br>TIME:     1:30 p.m.<br>CTRM:   840<br><br>Action Filed:    9/8/2014<br>Trial Date:     9/13/2016 |

///

///

///

2286944.1

I, Matthew Clark Bures, declare:

1.      I am an attorney at law licensed to practice before all courts in the State of California, and a partner of the law offices of Wolfe & Wyman LLP, counsel for Attorneys for Intervenors VIGILANT INSURANCE COMPANY; THE STANDARD FIRE INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, f/k/a/ AMERICAN NATIONAL FIRE INSURANCE COMPANY; CENTURY INDEMNITY COMPANY, as Successor to CCI INSURANCE COMPANY, as Successor to INSURANCE COMPANY OF NORTH AMERICA  ("Intervenors") and for Defendants THE ESTATE OF BENJAMIN F. FOHRMAN, DECEASED, and THE ESTATE OF ROBERT SCHACK, DECEASED ("Defendants") in the above-captioned action.

2.      All of the factual statements contained in this declaration are of my own personal knowledge, except as to those matters on information and belief and as to those matters, I believe them to be true.  If called upon to testify to the truth of these statements, I could and would competently do so.

3.      On December 23, 2015, my associate, Christopher Johnson, sent a letter via email to Bret Stone, counsel for Plaintiffs in this matter, at my direction, offering to meet and confer on a motion for summary judgment.  I am a visible cc on the letter.  A true and correct copy of the December 23, 2015, letter is attached hereto as Exhibit "A."

4.      On December 29, 2015, I met and conferred by telephone with Mr. Stone on the substance of the motion.  Mr. Stone stated that he was not fully prepared to discuss the issues, given that the conference took place between Christmas and New Year's Eve, and offered to send a written response to the meet and confer letter.  Mr. Stone's January 6, 2016, response to the meet and confer letter is attached hereto as Exhibit "B."

///

1      5.      Mr. Stone's January 6, 2016, letter, did not resolve the issues presented

2  by the proposed motion.  On February 26, 2016, at my direction, Mr. Johnson sent

3  Mr. Stone an email, confirming that Intervenors were moving forward with the

4  motion for summary judgment.  I am a visible cc on the email.  A true and correct

5  copy of Mr. Johnson's February 26, 2016, email to Mr. Stone is attached hereto as

6  Exhibit "C."

7      6.      In the course of this action, my staff obtained copies of litigation files

8  from the 1994 Action, *Goldberg v. Arns*, Case No. 94-3834, from Michael Tracy,

9  counsel for Goss-Jewett & Co., Inc. in that action.  Although Mr. Tracy's files were

10  not complete, they contained a complete copy of the deposition of Betty Goldberg,

11  taken on June 6, 1995.  Mrs. Goldberg is not available to testify in this action, as she

12  passed away in 2003.  True and correct copies of excerpts from Mrs. Goldberg's

13  deposition are attached hereto as Exhibit "D."

14      7.      On February 8, 2016, I attended the deposition of John Till, who testified

15  on behalf of 220 W. Gutierrez, LLC.  True and correct copies of excerpts from Mr.

16  Till's deposition are attached hereto as Exhibit "E."

17      8.      In response to discovery in this action, Plaintiffs produced a Purchase

18  and Sale Agreement, dated October 14, 2013, between Dan Rubin, Trustee of the

19  Goldberg Family Revocable Trust dated January 21, 1991, and 220 W. Gutierrez

20  LLC.  Mr. Till authenticated the Purchase and Sale Agreement at his deposition.  A

21  true and correct copy of the Purchase and Sale Agreement is attached hereto as

22  Exhibit "F."

23      9.      On February 5, 2016, I attended the deposition of Daniel Rubin.  True

24  and correct copies of excerpts from Mr. Rubin's deposition are attached hereto as

25  Exhibit "G."

26  ///

27  ///

28

2286944.1

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

10.     On August 28, 2015, my office served Intervenors' Interrogatories to Plaintiffs, Set One.  A true and correct copy of the Interrogatories is attached as Exhibit "H."

11.     On August 28, 2015, my office served Intervenors' Requests for Production to Plaintiffs, Set One.  A true and correct copy of the Requests is attached as Exhibit "I."

12.     On September 28, 2015, I received Plaintiffs' responses to Intervenors' Interrogatories.  A true and correct copy of Plaintiffs' responses is attached hereto as Exhibit "J."

13.     At my direction, Mr. Johnson of my office met and conferred with Mr. Stone regarding the responses to the Interrogatories.  To resolve the discovery dispute, Mr. Stone agreed to serve a letter with supplemental responses to the Interrogatories.  A true and correct copy of Mr. Stone's November 25, 2015, letter is attached hereto as Exhibit K."

14.     The November 25, 2015, letter purports to identify costs paid by Plaintiffs.  At my direction, staff in my office reviewed the documents identified by Plaintiffs and did not locate any payments of costs spent by Plaintiffs in connection with site contamination.  For example, Plaintiffs identified an invoice directed to Bret Stone on behalf of 220 W. Gutierrez LLC, and an invoice from Insight Environmental to Bret Stone, but neither document includes proof of payment or by whom.  True and correct copies of these invoices are attached hereto as Exhibit "L."

15.     Some of the documents identified by Plaintiffs as purporting to show costs paid by Plaintiffs, show invoices to other parties.  For example, Plaintiffs identified an invoice directed to Goss-Jewett.  A true and correct copy of the Goss-Jewett invoice is attached hereto as Exhibit "M."

///

///

**MATTHEW C. BURES' DECLARATION ISO MSJ   14 CV 01872**

2286944.1

1    16.    In conjunction with the January 6, 2016, letter (Exhibit B, above),

2    Plaintiffs produced copies of two checks, paid to Campbell Geo.  True and correct

3    copies of the checks as produced by Plaintiffs are attached hereto as Exhibit "N."

4    17.    In the course of preparing the December 23, 2015, meet and confer letter

5    (Exhibit A), Mr. Johnson and I reviewed the documents filed, served, and produced in

6    this action, and the available documents from the 1994 Action.  We did not identify

7    any suit against Plaintiffs initiated pursuant to CERCLA § 106 or § 107.  Mr. Stone's

8    January 6, 2016, response (Exhibit B) does not identify any such suit.

9    18.    On November 10, 2015, I attended the deposition of Arthur Arns.  At his

10   deposition, Mr. Arns authenticated a February 8, 1991, letter from George Rogers, an

11   attorney for Plaintiffs, regarding their lease to Goss-Jewett, that he signed.  A true and

12   correct copy of the February 8, 1991, letter is attached hereto as Exhibit "O."  At his

13   deposition, Mr. Arns authenticated a March 2, 1991, letter from him to Mr. Rogers,

14   giving notice of intent to vacate.  A true and correct copy of the March 2, 1991, notice

15   is attached hereto as Exhibit "P."  A true and correct copy of excerpts from the

16   deposition of Arthur Arns authenticating the exhibits is attached hereto as Exhibit

17   "Q."

18   I declare under penalty of perjury under the laws of the State of California that

19   the foregoing is true and correct.

20   Executed on March 4, 2016, at Irvine, California.

21

22   _____

23   Matthew Clark Bures

24

25

26

27

28

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

2286944.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA ）
                     ） ss.
COUNTY OF ORANGE    ）

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612-7531. My e-mail address is rsnichols@wolfewyman.com.

On March 4, 2016, I served the document(s) described as **DECLARATION OF MATTHEW C. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT UNDER FRCP 56** on all interested parties in said action by placing a  true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☐    **BY MAIL**: as follows:

    ☐     **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☒    **BY ELECTRONIC TRANSMISSION** as follows:  By filing and serving directly through United States District Court, Central District of California CM/ECF website at **https://ecf.cacd.uscourts.gov**.

☐    **BY E-MAIL** as follows:  I caused the above-named document(s) to be transmitted via e-Mail to each addresses' email as listed on the attached service list.

☐    **BY OVERNIGHT COURIER SERVICE** as follows:  I caused such envelope to be delivered by overnight courier service to the offices of the addressee.  The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐    **BY FACSIMILE** as follows:  I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number.  The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒    **FEDERAL**     I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

    Executed on March 4, 2016, at Irvine, California.

Rebecca Nichols

**SERVICE LIST**
**USDC – Central District, Case No.: 5:14-cv-01872-DSF (SHx_**
**Goldberg v. Goss-Jewett, et al.**
**W&W File No. 1414-058**
**[Revised: 2/4/16]**

| | |
|---|---|
| Bret Stone, Esq.<br>PALADIN LAW GROUP LLP<br>3 West Carrillo Street, Suite 212<br>Santa Barbara, CA 93101 | Plaintiffs<br>ESTATE OF BETTY GOLDBERG,<br>DECEASED<br>ESTATE OF AL GOLDBERG, DECEASED<br><br>T: (805) 898-970<br>F: (805) 852-2495<br><br>bstone@paladinlaw.com,<br>rcasstevens@paladinlaw.com,<br>bpaget@paladinlaw.com |
| Ferdie Franklin, Esq.<br>Cristina Matsushima, Esq.<br>Karen Patrician Agelson, Esq.<br>WFBM LLP<br>One City Boulevard West, 5th Floor<br>Orange CA 92868 | Plaintiffs ESTATE OF BETTY GOLDBERG,<br>DECEASED<br>ESTATE OF AL GOLDBERG, DECEASED<br><br>T: (714) 634-2522<br>F: (714) 634-0686<br><br>cmatsushima@wfbm.com<br>kagelson@wfbm.com<br>ffranklin@wfbm.com |
| Joseph Adams, Esq.<br>Farheena Habib, Esq.<br>BASSI EDLIN HUIE & BLUM LLP<br>500 Washington Street, Suite 700<br>San Francisco CA 94111 | Defendants DONALD GEORGE<br>ESTATE OF TERRENCE GEORGE,<br>DECEASED<br><br>jadams@behblaw.com<br>fhabib@behblaw.com |
| Sarah Evans, Esq.<br>SCHWARTZ SEMERDJIAN<br>CAULEY & MOOT LLP<br>101 West Broadway, Suite 810<br>San Diego CA 92101 | Defendant ARTHUR ARNS<br><br>T: (619) 236-8821<br>F: (619) 236-8827<br><br>sarah@sscmlegal.com,<br>allison@sscmlegal.com |

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

2112585.1

| 1 | John Van Vlear, Esq. | Defendant DAROLD MERRITT |
| 2 | NEWMEYER & DILLION LLP | |
|   | 895 Dove Street, Fifth Floor | T: (949) 854-7000 |
| 3 | Newport Beach CA 92660 | F: (949) 854-7099 |
| 4 | | John.Vanvlear@ndlf.com, |
|   | | jack.rubin@ndlf.com, |
| 5 | | dan.miller@ndlf.com |
| 6 | | |
|   | Brian Ledger, Esq. | Defendant JAMES ROSS |
| 7 | Candice S. Nam, Esq. | |
|   | GORDON & REES LLP | T: (619) 696-6700 |
| 8 | 101 West Broadway, Suite 2000 | F: (213) 680-4470 |
|   | San Diego CA 92101 | |
| 9 | | bledger@gordonrees.com, |
|   | | mgonzalez@gordonrees.com |
| 10 | | cnam@gordonrees.com, |
|   | | mzerby@gordonrees.com |
| 11 | | |
|   | Gary Smith, Esq. | Third Party Defendant |
| 12 | Ryan Tacorda, Esq. | PPG INDUSTRIES, INC. |
|   | Kaitlyn Day Shannon, Esq. | |
| 13 | BEVERIDGE & DIAMOND PC | gsmith@bdlaw.com, |
|   | 456 Montgomery Street, Suite 1800 | acruz@bdlaw.com |
| 14 | San Francisco CA 94104 | rtacorda@bdlaw.com, |
|   | | ronaka@bdlaw.com |
| 15 | | kshannon@bdlaw.com |
| 16 | | |
| 17 | Felicia Starr, Esq. | Third Party Defendants |
|   | Wendy Leigh Wilcox, Esq. | PACIFIC ENGINEERING ASSOCIATES, INC. |
| 18 | SKANE WILCOX LLP | CLAY SCOTT BRADFIELD |
|   | 1055 West 7th Street, Suite 1700 | |
| 19 | Los Angeles CA 90017 | T: (213) 452-1200 |
|   | | F: (213) 452-1201 |
| 20 | | |
|   | | fstarr@skanewilcox.com, |
| 21 | | wwilcox@skanewilcox.com |
| 22 | Jeffrey Wilcox, Esq. | Third Party Defendant |
| 23 | LEGAL DIVISION – STATE OF | CALTRANS |
|   | CALIFORNIA DEPARTMENT OF | |
| 24 | TRANSPORTATION | T: (510) 433-9100 |
|   | 111 Grand Avenue, Suite 11-100 | F: (510) 433-9167 |
| 25 | Oakland CA 94612 | |
|   | | jeffrey.wilcox@dot.ca.gov |
| 26 | | |
| 27 | | |
| 28 | | |

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

2112585.1

| | | |
|---|---|---|
| 1 | Campbell Hugh Greenup, Esq. | Attorney for St. Paul Cleaners & Laundry, Inc. |
| 2 | CAMPBELL HUGH GREENUP LAW OFFICE 23480 Park Sorrento, Suite 250 | T: (818) 591-0044 |
| 3 | Calabasas, CA 91302 | F: (818) 591-1710 |
| 4 | | ccventura@msn.com |
| 5 | Jeffrey S Bolender, Esq. | Attorney for St. Paul Cleaners & Laundry, Inc. |
| 6 | BOLENDER AND ASSOCIATES APC 2601 Airport Drive Suite 360 | T: 310-784-2443 |
| 7 | Torrance, CA 90505 | F: 310-784-2444 |
| 8 | | jbolender@bolender-firm.com |
| 9 | | |
| 10 | Joseph B. Adams, Esq. | Third Party Plaintiff |
| | Farheena Habib, Esq. | Estate of Terrence J. George |
| 11 | Sean G. Herman, Esq. BASSI EDLIN HUIE AND BLUM | 415-397-9006 |
| 12 | 500 Washington Street Suite 700 | 415-397-1339 (fax) |
| | San Francisco, CA 94111 | |
| 13 | | fhabib@behblaw.com |
| | | sherman@behblaw.com |
| 14 | | jadams@behblaw.com |
| | | epoppler@behblaw.com |
| 15 | | |
| 16 | Erin Kathleen Poppler, Esq. | Attorney for Donald J. George |
| | BASSI EDLIN HUIE & BLUM LLP | 415-397-9006 |
| 17 | 351 California Street Suite 200 | 415-397-1339 (fax) |
| 18 | San Francisco, CA 94104 | epoppler@behblaw.com |
| 19 | Daniel S Kippen, Esq. | Attorney for Darold E. Merritt |
| | VOSS COOK AND THEL | |
| 20 | 895 Dove Street, Suite 450 Newport Beach, CA 92660-2998 | dkippen@vctlaw.com |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

2112585.1