**EXHIBIT H**

DONGELL LAWRENCE FINNEY LLP
MATTHEW CLARK BURES (SBN 143361)
mbures@dlflawyers.com
CHRISTOPHER T. JOHNSON (SBN 209685)
cjohnson@dlflawyers.com
BENJAMIN L. CAPLAN (SBN 265179)
bcaplan@dlflawyers.com
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA 90017-3609
Telephone: (213) 943-6100
Facsimile: (213) 943-6101

Attorneys for Third-Party Plaintiffs and Intervenors:
Vigilant Insurance Company; The Standard Fire Insurance Company; Great American Insurance Company of New York, f/k/a American National Fire Insurance Company; Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor in interest Daniel Rubin,<br><br>Plaintiff,<br><br>v.<br><br>GOSS-JEWETT COMPANY, INC, et al.,<br><br>Defendants.<br><br>AND RELATED CLAIMS | Case No.: 5:14-cv-01872-DSF (SHx)<br><br>Judge Dale S. Fischer<br><br>**INTERVENORS' INTERROGATORIES TO PLAINTIFFS, SET ONE**<br><br>ACTION FILED: September 8, 2014<br>TRIAL DATE:    None Set |

1

INTERVENORS' INTERROGATORIES TO PLAINTIFFS, SET ONE:
Case No. 5:14-cv-01872-DSF (SHx)

| | | |
|---|---|---|
| **REQUESTING PARTIES:** | **INTERVENORS: VIGILANT INSURANCE COMPANY; THE STANDARD FIRE INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, f/k/a AMERICAN NATIONAL FIRE INSURANCE COMPANY; CENTURY INDEMNITY COMPANY, AS SUCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA** | |
| **RESPONDING PARTIES:** | **ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED** | |
| **SET NUMBER:** | **ONE** | |

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Intervenors: Vigilant Insurance Company, The Standard Fire Insurance Company, Great American Insurance Company of New York, as successor to American National Fire Insurance Company, and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America; (collectively, "Intervenors") hereby requests that Plaintiffs Estate of Betty Goldberg, Deceased and Estate of Al Goldberg, Deceased (collectively, "Plaintiffs") respond in writing to these Interrogatories within the time required by the Federal Rules of Civil Procedure and the Orders of this Court.

## INSTRUCTIONS

1. If you object to answering any of these Requests, then state the precise ground or grounds for objection separately as to each specific Request, and continue to comply with the requirements of the Federal Rules of Civil Procedure

2

1  in your answer.
2     2.   If you assert that you are incapable of answering a Request, then state
3  separately for each such Request precisely what steps you have taken to obtain the
4  requested information and the results obtained by taking such steps.
5     3.   If you assert that you are incapable of answering a Request, then state
6  separately for each such Request precisely what steps you have taken to obtain the
7  requested information and the results obtained by taking such steps.
8     4.   These Requests are to be regarded as continuing in nature pursuant to
9  Federal Rule of Civil Procedure 26.  You are required to provide, by way of
10 supplementary responses hereto, such additional information as may be obtained
11 by you or any person acting on your behalf that will augment or modify your
12 responses now given.  Such supplementary responses are to be served on all parties
13 pursuant to within thirty (30) days after receipt of the information, but no later than
14 (14) days before the date of trial.

## DEFINITIONS

1. "IDENTIFY" means:
   a. For costs, expenditures, expenses, or payments, to provide the date, the amount, the payor, the payee, the source of the payment, and the purpose or intent of the payment;
   b. For actions, to provide the date, the person(s) performing the action, and a detailed description of the action;
   c. For persons, to identify by full legal name, and current or last known address and telephone number.
   d. For tenants, to provide the legal name; any DBA, trade name, or fictitious name used by the tenant; dates of tenancy; and a description of the business activities.

   e. For documents, to provide the Bates number or privilege log number (if applicable), the date of preparation or execution, the parties to the document, and a description of the purpose or function of the document.

   f. For assets, to provide the form of the asset, its present or last known cash value, and where the asset is located or held.

  2. "NATIONAL CONTINGENCY PLAN" means the National Oil and Hazardous Substances Pollution Contingency Plan, as set forth at 40 C.F.R. § 300.

  3. "RELATING TO" means referring to, touching upon, made in connection with, or concerning in any way.

  4. "SITE" means the real property located at 220 W. Gutierrez Street, Santa Barbara, California.

  5. "YOU" means the Estates of Betty Goldberg, deceased, and the Estate of Al Goldberg, Deceased, including but not limited to any representative, administrator, executor, or successor in interest, and also including any person authorized to act on behalf of any of them.

## INTERROGATORIES

**INTERROGATORY NO. 1.:**

 IDENTIFY all costs YOU claim to have incurred in connection with environmental conditions at the SITE.

**INTERROGATORY NO. 2.:**

 With respect to all costs YOU IDENTIFIED in response to Interrogatory No. 1, IDENTIFY the amount of costs paid by Al Goldberg in connection with environmental conditions at the SITE.

**INTERROGATORY NO. 3.:**

 With respect to all costs YOU IDENTIFIED in response to Interrogatory

No. 1, IDENTIFY the amount of costs paid by Betty Goldberg in connection with environmental conditions at the SITE.

**INTERROGATORY NO. 4.:**

With respect to all costs YOU IDENTIFIED in response to Interrogatory No. 1, IDENTIFY the amount of costs paid by the Estate of Al Goldberg in connection with environmental conditions at the SITE.

**INTERROGATORY NO. 5.:**

With respect to all costs YOU IDENTIFIED in response to Interrogatory No. 1, IDENTIFY the amount of costs paid by the Estate of Betty Goldberg, in connection with environmental conditions at the SITE.

**INTERROGATORY NO. 6.:**

IDENTIFY all actions YOU have taken to comply with the NATIONAL CONTINGENCY PLAN.

**INTERROGATORY NO. 7.:**

IDENTIFY all tenants of the SITE from 1968 to present.

**INTERROGATORY NO. 8.:**

IDENTIFY every person to whom tenants at the SITE paid rent from 1968 to present.

**INTERROGATORY NO. 9.:**

IDENTIFY all of YOUR assets, including but not limited to real property, personal property, and money, existing on or after the death of Betty Goldberg.

**INTERROGATORY NO. 10.:**

IDENTIFY every agreement, including but not limited to contracts, grant deeds, purchase and sale agreements, assumption agreements, indemnity

///

///

1  agreements, assignments, bills of sale, or waivers, between YOU and 220 W.
2  Gutierrez, LLC.

4  DATED:  August 28, 2015             DONGELL LAWRENCE FINNEY LLP

                                       By: _____/s/ Matthew Clark Bures_____
                                              Matthew Clark Bures
                                       Attorneys for Third-Party Plaintiffs and
                                       Intervenors: Vigilant Insurance Company;
                                       The Standard Fire Insurance Company;
                                       Great American Insurance Company of New
                                       York, f/k/a American National Fire
                                       Insurance Company; Century Indemnity
                                       Company, as successor to CCI Insurance
                                       Company, as successor to Insurance
                                       Company of North America

# PROOF OF SERVICE – *Fed. R. Civ. P. 4(l)*

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609.  On the date set forth below, I served a copy of the foregoing document, described as follows:

On the date set forth below, I served the foregoing document described as follows: **INTERVENORS' INTERROGATORIES TO PLAINTIFFS, SET ONE,** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[ X ] BY ELECTRONIC TRANSMISSION:  The foregoing document was transmitted via electronic mail to the addressee(s), at the e-mail address(es) indicated on the attached service list.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on August 28, 2015, at Los Angeles, California.

                                                /s/ Gabriela Paracha
                                                Gabriela Paracha

1414-058/107131

*ESTATE OF BETTY GOLDBERG, DECEASED, et al. v. GOSS-JEWETT COMPANY, INC., et al.*
United States District Court, Central District of California
Case No. 5:14-cv-01872-DSF-(SHx)

**SERVICE LIST**

| Attorneys | Party Name |
|---|---|
| Cristina Matsushima<br>Karen Patricia Agelson<br>Ferdie F. Franklon<br>WFBM LLP<br>One City Boulevard West 5th Floor<br>Orange, CA 92868<br>7146342522<br>Fax: 7146340686<br>Email: cmatsushima@wfbm.com<br>Email: kagelson@wfbm.com<br>Email: ffranklin@wfbm.com<br><br>Jeffrey A Vinnick<br>Haight Brown and Bonesteel LLP<br>555 South Flower Street 45th Floor<br>Los Angeles, CA 90071<br>2135428000<br>Fax: 2135428100<br>Email: jvinnick@hbblaw.com<br><br>Bret A Stone<br>Paladin Law Group LLP<br>3 West Carrillo Street Suite 212<br>Santa Barbara, CA 93101<br>8058989700<br>Fax: 8058522495<br>Email: bstone@paladinlaw.com | Plaintiffs and Counter Defendants, Estate of Betty Goldberg, Deceased by and through their successor in interest, Daniel Rubin<br><br>Estate of Al Goldberg, Deceased by and through their successor in interest, Daniel Rubin |

| | |
|---|---|
| Campbell H Greenup, Jr.<br>Law Offices of Campbell Hugh Greenup<br>23480 Park Sorrento Suite 250<br>Calabasas, CA 91302<br>3104665740<br>Fax: 8185911710<br>Email: ccventura@msn.com | Movant, St. Paul Dry & Laundry, Inc. |
| Sarah Brite Evans<br>Schwartz Semarajian Ballard and Cauley<br>101 West Broadway, Suite 810<br>San Diego, CA 92101<br>6192368821<br>Email: sarah@ssbclaw.com | Defendant, Arthur P. Arns |
| Joseph B Adams<br>Bassi Edlin Huie & Blum LLP<br>500 Washington Street<br>Suite 700<br>San Francisco, CA 94111<br>4153979006<br>Email: jadams@behblaw.com | Defendant, Estate of Robert W. Schack, Deceased; and Defendant and Cross Claimant Estate of Benjamin F. Fohrman, Deceased;<br><br>Defendant, Donald J. George;<br><br>Defendant and Cross Claimant, Estate of Terrance J. George also known as Terry George, Deceased |

INTERVENORS' INTERROGATORIES TO PLAINTIFFS, SET ONE:
Case No. 5:14-cv-01872-DSF (SHx)

| | |
|---|---|
| My-Linh T Le<br>Farheena Habib<br>Sean G. Herman<br>Bassi Edlin Huie and Blum LLP<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>4153979006<br>Fax: 4153971339<br>Email: mtle@behblaw.com<br>Email: fhabib@behblaw.com<br>Email: sherman@behblaw.com<br><br>Erin Kathleen Poppler<br>Bassi Edlin Huie & Blum LLP<br>351 California Street Suite 200<br>San Francisco, CA 94104<br>4153979006<br>Fax: 4153971339<br>Email: epoppler@behblaw.com | Defendant, Donald J. George |
| Daniel S Kippen<br>Voss Cook and Thel<br>895 Dove Street, Suite 450<br>Newport Beach, CA 926602998<br>9494350225<br>Email: dkippen@vctlaw.com<br><br>John E Van Vlear<br>Newmeyer & Dillion LLP<br>895 Dove St, 5th Floor<br>Newport Beach, CA 926602998<br>9498547000<br>Fax: 9498547099<br>Email: John.Vanvlear@ndlf.com | Defendant, Darold E. Merritt |

10

INTERVENORS' INTERROGATORIES TO PLAINTIFFS, SET ONE:
Case No. 5:14-cv-01872-DSF (SHx)

| | |
|---|---|
| Brian M Ledger<br>Gordon and Rees LLP<br>101 W Broadway Suite 2000<br>San Diego, CA 92101<br>6196966700<br>Fax: 2136804470<br>Email: bledger@gordonrees.com<br><br>Candice S Nam<br>Gordon and Rees LLP<br>633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071<br>2135765000<br>Fax: 2136804470<br>Email: cnam@gordonrees.com | Defendant, James W. Ross |
| Farheena Habib<br>Bassi Edlin Huie and Blum<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>4153979006<br>Fax: 4153971339<br>Email: fhabib@behblaw.com | Defendant, Estate of Terrance J. George also known as Terry George, Deceased |
| Jeffrey A Wilcox<br>California Department of Transportation<br>Legal Division<br>111 Grand Avenue Suite 11100<br>Okland, CA 94612<br>5104339100<br>Fax: 5104339167<br>Email: jeffrey.wilcox@dot.ca.gov | Third Party Defendant, California Department of Transportation |
| Bret A Stone<br>Paladin Law Group LLP<br>3 West Carrillo Street Suite 212<br>Santa Barbara, CA 93101<br>8058989700<br>Fax: 8058522495<br>Email: bstone@paladinlaw.com | Counter Defendant, Estate of Al Goldberg, Deceased by and through their successor in interest, Daniel Rubin |

| | |
|---|---|
| Joseph B Adams<br>Bassi Edlin Huie and Blum LLP<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>4153979006<br>Fax: 4153971339<br>Email: jadams@behblaw.com | Counter Claimant, Donald J. George |
| Conrad B Stephens<br>Stephens and Stephens LLP<br>505 South McClelland Street<br>Santa Maria, CA 93454<br>8059221951<br>Fax: 8059228013<br>Email: conrad@stephensfirm.com<br><br>Wendy Leigh Wilcox<br>Felicia A. Starr<br>Skane Wilcox LLP<br>1055 W. 7th Street, Ste 1700<br>Los Angeles, CA 90017<br>2134521200<br>Fax: 2134521201<br>Email: wwilcox@skanewilcox.com<br>Email: fstarr@skanewilcox.com | Third Party Defendants,<br>Pacific Engineering Associates, Inc.;<br>and Clay Scott Bradfield |
| Andrew C. Mayer<br>Gary J. Smith<br>Ryan Reside Tacorda<br>Beveridge and Diamond PC<br>456 Montgomery Street Suite 1800<br>San Francisco, CA 941041251<br>4152624017<br>Fax: 4152624040<br>Email: amayer@bdlaw.com<br>Email: gsmith@bdlaw.com<br>Email: rtacorda@bdlaw.com | Third Party Defendant, PPG Industries, Inc. |