**EXHIBIT I**

DONGELL LAWRENCE FINNEY LLP
MATTHEW CLARK BURES (SBN 143361)
mbures@dlflawyers.com
CHRISTOPHER T. JOHNSON (SBN 209685)
cjohnson@dlflawyers.com
BENJAMIN L. CAPLAN (SBN 265179)
bcaplan@dlflawyers.com
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA 90017-3609
Telephone: (213) 943-6100
Facsimile: (213) 943-6101

Attorneys for Third-Party Plaintiffs and Intervenors:
Vigilant Insurance Company; The Standard Fire Insurance Company; Great American Insurance Company of New York, f/k/a American National Fire Insurance Company; Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor in interest Daniel Rubin,<br><br>          Plaintiff,<br><br>     v.<br><br>GOSS-JEWETT COMPANY, INC, et al.,<br><br>          Defendants.<br><br>AND RELATED CLAIMS | Case No.: 5:14-cv-01872-DSF (SHx)<br><br>Judge Dale S. Fischer<br><br>**INTERVENORS' REQUESTS FOR PRODUCTION TO PLAINTIFFS, SET ONE**<br><br>ACTION FILED: September 8, 2014<br>TRIAL DATE:   None Set |

1

| | | |
|---|---|---|
| 1 | **REQUESTING PARTIES:** | **INTERVENORS: VIGILANT INSURANCE** |
| 2 | | **COMPANY; THE STANDARD FIRE** |
| 3 | | **INSURANCE COMPANY; GREAT** |
| 4 | | **AMERICAN INSURANCE COMPANY OF** |
| 5 | | **NEW YORK, f/k/a AMERICAN NATIONAL** |
| 6 | | **FIRE INSURANCE COMPANY; CENTURY** |
| 7 | | **INDEMNITY COMPANY, AS SUCESSOR TO** |
| 8 | | **CCI INSURANCE COMPANY, AS** |
| 9 | | **SUCCESSOR TO INSURANCE COMPANY** |
| 10 | | **OF NORTH AMERICA** |
| 11 | **RESPONDING PARTIES:** | **ESTATE OF BETTY GOLDBERG,** |
| 12 | | **DECEASED and ESTATE OF AL** |
| 13 | | **GOLDBERG, DECEASED** |
| 14 | **SET NUMBER:** | **ONE** |

15     Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Intervenors:
16 Vigilant Insurance Company, The Standard Fire Insurance Company, Great
17 American Insurance Company of New York, as successor to American National
18 Fire Insurance Company, and Century Indemnity Company, as successor to CCI
19 Insurance Company, as successor to Insurance Company of North America; and
20 for Defendants, the Estate of Benjamin F. Fohrman, Deceased, and the Estate of
21 Robert Schack, Deceased (collectively, "Intervenors") hereby requests that
22 Plaintiffs Estate of Betty Goldberg, Deceased and Estate of Al Goldberg, Deceased
23 (collectively, "Plaintiffs") respond in writing to these Requests for Production
24 ("Requests") within the time required by the Federal Rules of Civil Procedure and
25 the Orders of this Court.
26 ///
27 ///
28

# INSTRUCTIONS

1. If you object to answering any of these Requests, then state the precise ground or grounds for objection separately as to each specific Request, and continue to comply with the requirements of the Federal Rules of Civil Procedure in your answer.

2. If you assert that you are incapable of answering a Request, then state separately for each such Request precisely what steps you have taken to obtain the requested information and the results obtained by taking such steps.

3. If you contend that documents responsive to any Request are privileged or otherwise not subject to production, produce with your responses to these Requests a Privilege Log that identifies each document withheld by unique identifying number, date prepared, author(s), recipient(s), subject matter, and privilege claimed.

4. These Requests are to be regarded as continuing in nature pursuant to Federal Rule of Civil Procedure 26. You are required to provide, by way of supplementary responses hereto, such additional information as may be obtained by you or any person acting on your behalf that will augment or modify your responses now given. Such supplementary responses are to be served on all parties pursuant to within thirty (30) days after receipt of the information, but no later than (14) days before the date of trial.

# DEFINITIONS

1. "COMMUNICATIONS" means any exchange of information between two or more persons, including orally, in writing, via email, via text message, or by any other means.

2. "COMPLAINT" means the complaint filed by YOU in this action on September 8, 2014.

1  3. "DOCUMENTS" means and includes any writing, recording,
2  photograph, original, or duplicate, as those terms are used in Rule 1001 of the
3  Federal Rules of Evidence.
4  4. "DTSC" means the California Department of Toxic Substances
5  Control.
6  5. "GOSS-JEWETT" means Defendant Goss-Jewett Company, Inc., a
7  suspended corporation, and the subject of allegations in Paragraph 9 of the
8  COMPLAINT.
9  6. "PACIFIC ENGINEERING" means Third Party Defendant Pacific
10  Engineering Associates, Inc., including but not limited to its officers, directors,
11  agents, and anyone purporting to act on its behalf.
12  7. "RELATING TO" means referring to, touching upon, made in
13  connection with, or concerning in any way.
14  8. "SITE" means the real property located at 220 W. Gutierrez Street,
15  Santa Barbara, California.
16  9. "WATER BOARD" means the California Regional Water Quality
17  Control Board, Los Angeles Region.
18  10. "YOU" and "YOUR" mean and refer to the Estates of Betty
19  Goldberg, deceased, and the Estate of Al Goldberg, Deceased, including but not
20  limited to any representative, administrator, executor, or successor in interest, and
21  also including any person authorized to act on behalf of any of them.
22
23  **REQUESTS FOR PRODUCTION**
24
25  **REQUEST FOR PRODUCTION NO. 1.:**
26  Produce all DOCUMENTS described in YOUR Initial Disclosures, served
27  in this action pursuant to FRCP 26(a).
28

1 **REQUEST FOR PRODUCTION NO. 2.:**

2     If YOU identified any DOCUMENTS in YOUR responses to the

3 Interrogatories, served concurrently with these Requests, produce the

4 DOCUMENTS YOU identified.

5 **REQUEST FOR PRODUCTION NO. 3.:**

6     Produce all DOCUMENTS RELATING TO any costs that YOU contend

7 YOU incurred in connection with environmental conditions at the SITE.

8 **REQUEST FOR PRODUCTION NO. 4.:**

9     Produce all DOCUMENTS RELATING TO any costs that YOU contend

10 were paid by Al Goldberg in connection with environmental conditions at the

11 SITE, including but not limited to checks or other instruments by which YOU

12 contend such costs were paid.

13 **REQUEST FOR PRODUCTION NO. 5.:**

14     Produce all DOCUMENTS RELATING TO any costs that YOU contend

15 were paid by Betty Goldberg in connection with environmental conditions at the

16 SITE, including but not limited to checks or other instruments by which YOU

17 contend such costs were paid.

18 **REQUEST FOR PRODUCTION NO. 6.:**

19     Produce all DOCUMENTS RELATING TO any costs that YOU contend

20 were paid by the Estate of Al Goldberg, from assets of the Estate of Al Goldberg,

21 in connection with environmental conditions at the SITE, including but not limited

22 to checks or other instruments by which YOU contend such costs were paid.

23 **REQUEST FOR PRODUCTION NO. 7.:**

24     Produce all DOCUMENTS RELATING TO any costs that YOU contend

25 were paid by the Estate of Betty Goldberg in connection with environmental

26 conditions at the SITE, including but not limited to checks or other instruments by

27 which YOU contend such costs were paid.

28

**REQUEST FOR PRODUCTION NO. 8.:**

Produce all DOCUMENTS RELATING TO YOUR efforts to comply with the NATIONAL CONTINGENCY PLAN.

**REQUEST FOR PRODUCTION NO. 9.:**

Produce all COMMUNICATIONS between YOU and 220 W. Gutierrez LLC.

**REQUEST FOR PRODUCTION NO. 10.:**

Produce all agreements between YOU and 220 W. Gutierrez LLC, including but not limited to contracts, grant deeds, purchase and sale agreements, assumption agreements, indemnity agreements, assignments, bills of sale, or waivers.

**REQUEST FOR PRODUCTION NO. 11.:**

Produce all COMMUNICATIONS between YOU and the WATER BOARD RELATING TO the SITE.

**REQUEST FOR PRODUCTION NO. 12.:**

Produce all COMMUNICATIONS between YOU and the DTSC RELATING TO the SITE.

**REQUEST FOR PRODUCTION NO. 13.:**

Produce all COMMUNICATIONS RELATING TO the SITE between YOU and the City of Santa Barbara RELATING TO the SITE.

**REQUEST FOR PRODUCTION NO. 14.:**

Produce all COMMUNICATIONS RELATING TO the SITE between YOU and the County of Santa Barbara RELATING TO the SITE.

**REQUEST FOR PRODUCTION NO. 15.:**

Produce all COMMUNICATIONS RELATING TO the SITE between YOU and the Air Resources Board RELATING TO the SITE.

**REQUEST FOR PRODUCTION NO. 16.:**

Produce all COMMUNICATIONS RELATING TO the SITE between YOU and the South Coast Air Quality Management District RELATING TO the SITE.

**REQUEST FOR PRODUCTION NO. 17.:**

Produce all COMMUNICATIONS RELATING TO the SITE between YOU and any public entity, not otherwise specified in these Requests, RELATING TO the SITE.

**REQUEST FOR PRODUCTION NO. 18.:**

Produce all permits RELATING TO the SITE issued by the City of Santa Barbara.

**REQUEST FOR PRODUCTION NO. 19.:**

Produce all permits RELATING TO the SITE issued by the County of Santa Barbara.

**REQUEST FOR PRODUCTION NO. 20.:**

Produce all permits RELATING TO the SITE issued by the Air Resources Board.

**REQUEST FOR PRODUCTION NO. 21.:**

Produce all permits RELATING TO the SITE issued by the South Coast Air Quality Management District.

**REQUEST FOR PRODUCTION NO. 22.:**

Produce all permits RELATING TO the SITE issued by the DTSC.

**REQUEST FOR PRODUCTION NO. 23.:**

Produce all permits RELATING TO the SITE issued by the WATER BOARD.

**REQUEST FOR PRODUCTION NO. 24.:**

Produce all permits RELATING TO the SITE issued by any public entity not otherwise specified in these Requests.

**REQUEST FOR PRODUCTION NO. 25.:**

Produce any notice of violation, correction order, citation, or notice of non-compliance issued to, or RELATING TO, the SITE.

**REQUEST FOR PRODUCTION NO. 26.:**

Produce all DOCUMENTS RELATING TO the probate of YOUR estates.

**REQUEST FOR PRODUCTION NO. 27.:**

Produce all DOCUMENTS RELATING TO the distribution of YOUR estate assets since the death of Betty Goldberg.

**REQUEST FOR PRODUCTION NO. 28.:**

Produce all COMMUNICATIONS between YOU and any current or former tenant at the SITE.

**REQUEST FOR PRODUCTION NO. 29.:**

Produce all leases between YOU and any current or former tenant at the SITE.

DATED: August 28, 2015         DONGELL LAWRENCE FINNEY LLP

By: /s/ Matthew Clark Bures
Matthew Clark Bures
Attorneys for Third-Party Plaintiffs and Intervenors: Vigilant Insurance Company; The Standard Fire Insurance Company; Great American Insurance Company of New York, f/k/a American National Fire Insurance Company; Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America

# PROOF OF SERVICE – *Fed. R. Civ. P. 4(l)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609. On the date set forth below, I served a copy of the foregoing document, described as follows:

On the date set forth below, I served the foregoing document described as follows: **INTERVENORS' REQUESTS FOR PRODUCTION TO PLAINTIFFS, SET ONE,** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[ X ] BY ELECTRONIC TRANSMISSION: The foregoing document was transmitted via electronic mail to the addressee(s), at the e-mail address(es) indicated on the attached service list.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on August 28, 2015, at Los Angeles, California.

                            /s/ Gabriela Paracha
                            Gabriela Paracha

1414-058/107133

*ESTATE OF BETTY GOLDBERG, DECEASED, et al. v. GOSS-JEWETT COMPANY, INC., et al.*
United States District Court, Central District of California
Case No. 5:14-cv-01872-DSF-(SHx)

## SERVICE LIST

| Attorneys | Party Name |
|---|---|
| Cristina Matsushima<br>Karen Patricia Agelson<br>Ferdie F. Franklon<br>WFBM LLP<br>One City Boulevard West 5th Floor<br>Orange, CA 92868<br>7146342522<br>Fax: 7146340686<br>Email: cmatsushima@wfbm.com<br>Email: kagelson@wfbm.com<br>Email: ffranklin@wfbm.com<br><br>Jeffrey A Vinnick<br>Haight Brown and Bonesteel LLP<br>555 South Flower Street 45th Floor<br>Los Angeles, CA 90071<br>2135428000<br>Fax: 2135428100<br>Email: jvinnick@hbblaw.com<br><br>Bret A Stone<br>Paladin Law Group LLP<br>3 West Carrillo Street Suite 212<br>Santa Barbara, CA 93101<br>8058989700<br>Fax: 8058522495<br>Email: bstone@paladinlaw.com | Plaintiffs and Counter Defendants, Estate of Betty Goldberg, Deceased by and through their successor in interest, Daniel Rubin<br><br>Estate of Al Goldberg, Deceased by and through their successor in interest, Daniel Rubin |

| | |
|---|---|
| Campbell H Greenup, Jr.<br>Law Offices of Campbell Hugh Greenup<br>23480 Park Sorrento Suite 250<br>Calabasas, CA 91302<br>3104665740<br>Fax: 8185911710<br>Email: ccventura@msn.com | Movant, St. Paul Dry & Laundry, Inc. |
| Sarah Brite Evans<br>Schwartz Semarajian Ballard and Cauley<br>101 West Broadway, Suite 810<br>San Diego, CA 92101<br>6192368821<br>Email: sarah@ssbclaw.com | Defendant, Arthur P. Arns |
| Joseph B Adams<br>Bassi Edlin Huie & Blum LLP<br>500 Washington Street<br>Suite 700<br>San Francisco, CA 94111<br>4153979006<br>Email: jadams@behblaw.com | Defendant, Estate of Robert W. Schack, Deceased; and Defendant and Cross Claimant Estate of Benjamin F. Fohrman, Deceased;<br><br>Defendant, Donald J. George;<br><br>Defendant and Cross Claimant, Estate of Terrance J. George also known as Terry George, Deceased |

| | |
|---|---|
| My-Linh T Le<br>Farheena Habib<br>Sean G. Herman<br>Bassi Edlin Huie and Blum LLP<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>4153979006<br>Fax: 4153971339<br>Email: mtle@behblaw.com<br>Email: fhabib@behblaw.com<br>Email: sherman@behblaw.com<br><br>Erin Kathleen Poppler<br>Bassi Edlin Huie & Blum LLP<br>351 California Street Suite 200<br>San Francisco, CA 94104<br>4153979006<br>Fax: 4153971339<br>Email: epoppler@behblaw.com | Defendant, Donald J. George |
| Daniel S Kippen<br>Voss Cook and Thel<br>895 Dove Street, Suite 450<br>Newport Beach, CA 926602998<br>9494350225<br>Email: dkippen@vctlaw.com<br><br>John E Van Vlear<br>Newmeyer & Dillion LLP<br>895 Dove St, 5th Floor<br>Newport Beach, CA 926602998<br>9498547000<br>Fax: 9498547099<br>Email: John.Vanvlear@ndlf.com | Defendant, Darold E. Merritt |

INTERVENORS' REQUESTS FOR PRODUCTION TO PLAINTIFFS, SET ONE:
Case No. 5:14-cv-01872-DSF (SHx)

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | Brian M Ledger<br>Gordon and Rees LLP<br>101 W Broadway Suite 2000<br>San Diego, CA 92101<br>6196966700<br>Fax: 2136804470<br>Email: bledger@gordonrees.com<br><br>Candice S Nam<br>Gordon and Rees LLP<br>633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071<br>2135765000<br>Fax: 2136804470<br>Email: cnam@gordonrees.com | Defendant, James W. Ross |
| 11<br>12<br>13<br>14<br>15 | Farheena Habib<br>Bassi Edlin Huie and Blum<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>4153979006<br>Fax: 4153971339<br>Email: fhabib@behblaw.com | Defendant, Estate of Terrance J. George also known as Terry George, Deceased |
| 16<br>17<br>18<br>19<br>20<br>21 | Jeffrey A Wilcox<br>California Department of Transportation<br>Legal Division<br>111 Grand Avenue Suite 11100<br>Okland, CA 94612<br>5104339100<br>Fax: 5104339167<br>Email: jeffrey.wilcox@dot.ca.gov | Third Party Defendant, California Department of Transportation |
| 22<br>23<br>24<br>25<br>26 | Bret A Stone<br>Paladin Law Group LLP<br>3 West Carrillo Street Suite 212<br>Santa Barbara, CA 93101<br>8058989700<br>Fax: 8058522495<br>Email: bstone@paladinlaw.com | Counter Defendant, Estate of Al Goldberg, Deceased by and through their successor in interest, Daniel Rubin |

27
28

INTERVENORS' REQUESTS FOR PRODUCTION TO PLAINTIFFS, SET ONE:
Case No. 5:14-cv-01872-DSF (SHx)

| | |
|---|---|
| Joseph B Adams<br>Bassi Edlin Huie and Blum LLP<br>500 Washington Street Suite 700<br>San Francisco, CA 94111<br>4153979006<br>Fax: 4153971339<br>Email: jadams@behblaw.com | Counter Claimant, Donald J. George |
| Conrad B Stephens<br>Stephens and Stephens LLP<br>505 South McClelland Street<br>Santa Maria, CA 93454<br>8059221951<br>Fax: 8059228013<br>Email: conrad@stephensfirm.com<br><br>Wendy Leigh Wilcox<br>Felicia A. Starr<br>Skane Wilcox LLP<br>1055 W. 7th Street, Ste 1700<br>Los Angeles, CA 90017<br>2134521200<br>Fax: 2134521201<br>Email: wwilcox@skanewilcox.com<br>Email: fstarr@skanewilcox.com | Third Party Defendants,<br>Pacific Engineering Associates, Inc.;<br>and Clay Scott Bradfield |
| Andrew C. Mayer<br>Gary J. Smith<br>Ryan Reside Tacorda<br>Beveridge and Diamond PC<br>456 Montgomery Street Suite 1800<br>San Francisco, CA 941041251<br>4152624017<br>Fax: 4152624040<br>Email: amayer@bdlaw.com<br>Email: gsmith@bdlaw.com<br>Email: rtacorda@bdlaw.com | Third Party Defendant, PPG Industries, Inc. |

INTERVENORS' REQUESTS FOR PRODUCTION TO PLAINTIFFS, SET ONE:
Case No. 5:14-cv-01872-DSF (SHx)