Matthew C. Bures (SBN 143361)
mcbures@wolfewyman.com
Christopher T. Johnson (SBN 209685)
ctjohnson@wolfewyman.com
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Intervenors
VIGILANT INSURANCE COMPANY; THE STANDARD FIRE INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, f/k/a/ AMERICAN NATIONAL FIRE INSURANCE COMPANY; CENTURY INDEMNITY COMPANY, as Successor to CCI INSURANCE COMPANY, as Successor to INSURANCE COMPANY OF NORTH AMERICA

Attorneys for Defendants
THE ESTATE OF BENJAMIN F. FOHRMAN, DECEASED, and THE ESTATE OF ROBERT SCHACK, DECEASED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor in interest Daniel Rubin,<br><br>Plaintiffs,<br><br>v.<br><br>GOSS-JEWETT COMPANY, INC, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS AND THIRD-PARTY ACTIONS. | Case No.: 5:14-cv-01872-DSF (AFMx)<br><br>Assigned for all purposes to:<br>Judge Dale S. Fischer<br><br>**JOINT STIPULATION RE INTERVENOR DEPOSITIONS**<br><br>Trial Date:   9/13/2016<br>Action Filed: 9/8/2014 |

///

1

On February 22, 2016, the Court granted in part the Goldberg's Motion to Compel Document Production By and Depositions of Intervenors. Counsel for the Goldbergs and the Intervenors have worked cooperatively to set the Intervenors' depositions, but the logistics of coordinating multiple depositions in multiple locations across the country has caused counsel to agree to depositions beyond the March 11, 2016, date set by the Court. Accordingly, the Goldbergs and the Intervenors have agreed to the following schedule:

    April 6, 2016 – Travelers (Hartford, CT)

    April 20, 2016 – Century (Philadelphia, PA)

    April 21, 2016 – Great American (Cincinnati, OH)

    April 28, 2016 – Chubb (Los Angeles, CA)

DATED: March 11, 2016    WOLFE & WYMAN LLP

By:   */s/ Matthew C. Bures*
    MATTHEW C. BURES
    CHRISTOPHER T. JOHNSON
Attorneys for Intervenors
VIGILANT INSURANCE COMPANY; THE STANDARD FIRE INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, f/k/a/ AMERICAN NATIONAL FIRE INSURANCE COMPANY; CENTURY INDEMNITY COMPANY, as Successor to CCI INSURANCE COMPANY, as Successor to INSURANCE COMPANY OF NORTH AMERICA

Attorneys for Defendants
THE ESTATE OF BENJAMIN F. FOHRMAN, DECEASED, and THE ESTATE OF ROBERT SCHACK, DECEASED

///

///

| | |
|---|---|
| DATED: March 11, 2016 | PALADIN LAW GROUP LLP |
| | By: /s/ Bret A. Stone |
| | BRET A. STONE |
| | Attorneys for Plaintiff and Counter-Defendant Estate of Betty Goldberg, Deceased, and Estate of Al Goldberg, Deceased, by and through their successor in interest, Daniel Rubin |

2292716.1

3

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF ORANGE      )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612-7531. My e-mail address is clgagne@wolfewyman.com.

On March 11, 2016, I served the document(s) described as **JOINT STIPULATION RE INTERVENOR DEPOSITIONS** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☐   **BY MAIL**: as follows:

   ☐   **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☒   **BY ELECTRONIC TRANSMISSION** as follows: By filing and serving directly through United States District Court, Central District of California CM/ECF website at **https://ecf.cacd.uscourts.gov**.

☐   **BY E-MAIL** as follows: I caused the above-named document(s) to be transmitted via e-Mail to each addresses' email as listed on the attached service list.

☐   **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐   **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒   **FEDERAL** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on March 11, 2016, at Irvine, California.

*Carrie L. Gagne* (signature)
Carrie L. Gagne

SERVICE LIST
USDC – Central District, Case No.: 5:14-cv-01872-DSF (SHx_
Goldberg v. Goss-Jewett, et al.
W&W File No. 1414-058
[Revised: 2/4/16]

| | |
|---|---|
| Bret Stone, Esq.<br>PALADIN LAW GROUP LLP<br>3 West Carrillo Street, Suite 212<br>Santa Barbara, CA 93101 | Plaintiffs<br>ESTATE OF BETTY GOLDBERG, DECEASED<br>ESTATE OF AL GOLDBERG, DECEASED<br><br>T: (805) 898-970<br>F: (805) 852-2495<br><br>bstone@paladinlaw.com,<br>rcasstevens@paladinlaw.com,<br>bpaget@paladinlaw.com |
| Ferdie Franklin, Esq.<br>Cristina Matsushima, Esq.<br>Karen Patrician Agelson, Esq.<br>WFBM LLP<br>One City Boulevard West, 5th Floor<br>Orange CA 92868 | Plaintiffs ESTATE OF BETTY GOLDBERG, DECEASED<br>ESTATE OF AL GOLDBERG, DECEASED<br><br>T: (714) 634-2522<br>F: (714) 634-0686<br><br>cmatsushima@wfbm.com<br>kagelson@wfbm.com<br>ffranklin@wfbm.com |
| Joseph Adams, Esq.<br>Farheena Habib, Esq.<br>BASSI EDLIN HUIE & BLUM LLP<br>500 Washington Street, Suite 700<br>San Francisco CA 94111 | Defendants DONALD GEORGE<br>ESTATE OF TERRENCE GEORGE, DECEASED<br><br>jadams@behblaw.com<br>fhabib@behblaw.com |
| Sarah Evans, Esq.<br>SCHWARTZ SEMERDJIAN CAULEY & MOOT LLP<br>101 West Broadway, Suite 810<br>San Diego CA 92101 | Defendant ARTHUR ARNS<br><br>T: (619) 236-8821<br>F: (619) 236-8827<br><br>sarah@sscmlegal.com,<br>allison@sscmlegal.com |

2112585.1

| | | |
|---|---|---|
| 1 | John Van Vlear, Esq.<br>NEWMEYER & DILLION LLP<br>895 Dove Street, Fifth Floor<br>Newport Beach CA 92660 | Defendant DAROLD MERRITT<br><br>T: (949) 854-7000<br>F: (949) 854-7099<br><br>John.Vanvlear@ndlf.com,<br>jack.rubin@ndlf.com,<br>dan.miller@ndlf.com |
| 6 | Brian Ledger, Esq.<br>Candice S. Nam, Esq.<br>GORDON & REES LLP<br>101 West Broadway, Suite 2000<br>San Diego CA 92101 | Defendant JAMES ROSS<br><br>T: (619) 696-6700<br>F: (213) 680-4470<br><br>bledger@gordonrees.com,<br>mgonzalez@gordonrees.com<br>cnam@gordonrees.com,<br>mzerby@gordonrees.com |
| 11 | Gary Smith, Esq.<br>Ryan Tacorda, Esq.<br>Kaitlyn Day Shannon, Esq.<br>BEVERIDGE & DIAMOND PC<br>456 Montgomery Street, Suite 1800<br>San Francisco CA 94104 | Third Party Defendant<br>PPG INDUSTRIES, INC.<br><br>gsmith@bdlaw.com,<br>acruz@bdlaw.com<br>rtacorda@bdlaw.com,<br>ronaka@bdlaw.com<br>kshannon@bdlaw.com |
| 16 | Felicia Starr, Esq.<br>Wendy Leigh Wilcox, Esq.<br>SKANE WILCOX LLP<br>1055 West 7th Street, Suite 1700<br>Los Angeles CA 90017 | Third Party Defendants<br>PACIFIC ENGINEERING<br>ASSOCIATES, INC.<br>CLAY SCOTT BRADFIELD<br><br>T: (213) 452-1200<br>F: (213) 452-1201<br><br>fstarr@skanewilcox.com,<br>wwilcox@skanewilcox.com |
| 23 | Jeffrey Wilcox, Esq.<br>LEGAL DIVISION – STATE OF<br>CALIFORNIA DEPARTMENT OF<br>TRANSPORTATION<br>111 Grand Avenue, Suite 11-100<br>Oakland CA 94612 | Third Party Defendant<br>CALTRANS<br><br>T: (510) 433-9100<br>F: (510) 433-9167<br><br>jeffrey.wilcox@dot.ca.gov |

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

2112585.1

| | | |
|---|---|---|
| 1 | Campbell Hugh Greenup, Esq.<br>CAMPBELL HUGH GREENUP LAW OFFICE<br>23480 Park Sorrento, Suite 250<br>Calabasas, CA 91302 | Attorney for St. Paul Cleaners & Laundry, Inc.<br><br>T: (818) 591-0044<br>F: (818) 591-1710<br><br>ccventura@msn.com |
| 6 | Jeffrey S Bolender, Esq.<br>BOLENDER AND ASSOCIATES APC<br>2601 Airport Drive Suite 360<br>Torrance, CA 90505 | Attorney for St. Paul Cleaners & Laundry, Inc.<br><br>T: 310-784-2443<br>F: 310-784-2444<br><br>jbolender@bolender-firm.com |
| 11 | Joseph B. Adams, Esq.<br>Farheena Habib, Esq.<br>Sean G. Herman, Esq.<br>BASSI EDLIN HUIE AND BLUM<br>500 Washington Street Suite 700<br>San Francisco, CA 94111 | Third Party Plaintiff<br>Estate of Terrence J. George<br><br>415-397-9006<br>415-397-1339 (fax)<br><br>fhabib@behblaw.com<br>sherman@behblaw.com<br>jadams@behblaw.com<br>epoppler@behblaw.com |
| 17 | Erin Kathleen Poppler, Esq.<br>BASSI EDLIN HUIE & BLUM LLP<br>351 California Street Suite 200<br>San Francisco, CA 94104 | Attorney for Donald J. George<br>415-397-9006<br>415-397-1339 (fax)<br>epoppler@behblaw.com |
| 20 | Daniel S Kippen, Esq.<br>VOSS COOK AND THEL<br>895 Dove Street, Suite 450<br>Newport Beach, CA 92660-2998 | Attorney for Darold E. Merritt<br><br>dkippen@vctlaw.com |

2112585.1