**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor in interest Daniel Rubin,<br><br>Plaintiffs,<br><br>v.<br><br>GOSS-JEWETT COMPANY, INC, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS AND THIRD-PARTY ACTIONS. | Case No.: 5:14-cv-01872-DSF (AFMx)<br><br>**JUDGMENT** |

On June 3, 2016, this Court issued an Order Granting Motion for Summary Judgment (Dkt. No. 265) filed by Intervenors Vigilant Insurance Company; The Standard Fire Insurance Company; Great American Insurance Company of New York, F/K/A American National Fire Insurance Company; Century Indemnity Company, as Successor to CCI Insurance Company, as Successor to Insurance Company of North America; and Defendants the Estate of Benjamin F. Fohrman, Deceased, and the Estate of Robert Schack, Deceased. Based on the grounds

1  indicated in the June 3 Order; the December 16, 2014, Order Granting in Part and
2  Denying in Part Motions to Dismiss; and the June 23, 2016 Order Dismissing
3  Remainder of Case,
4      IT IS ORDERED AND ADJUDGED that Plaintiffs and Counterdefendants
5  Estate of Betty Goldberg, Deceased, and Estate of Al Goldberg, Deceased
6  (Plaintiffs) take nothing, and that Plaintiffs' claims against all Defendants and
7  Intervenors be dismissed on the merits with prejudice, and that judgment is entered
8  against Plaintiffs.
9      IT IS FURTHER ORDERED that, based on the Court's June 23, 2016 Order
10 Dismissing Remainder of Case, all counterclaims, cross claims, and third party
11 claims are dismissed without prejudice.

13 DATED: August 9, 2016

                        Hon. Dale S. Fischer
                        United States District Judge