Gary J. Smith (SBN 141393)
gsmith@bdlaw.com
Kaitlyn D. Shannon (SBN 296735)
kshannon@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone:  (415) 262-4000
Facsimile:   (415) 262-4040

Attorneys for Third-Party Defendant
PPG Industries, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BETTY GOLDBERG, et al.,<br><br>        Plaintiffs,<br><br>        vs.<br><br>GOSS-JEWETT COMPANY, INC., et al.,<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTIONS AND THIRD-PARTY ACTIONS. | Case No. 5:14-cv-01872-DSF (AFMx)<br><br>Assigned for all purposes to:<br>Hon. Dale S. Fischer<br><br>**JOINT STIPULATION RE: VOLUNTARY DISMISSAL OF THE ESTATE OF TERRENCE J. GEORGE'S THIRD-PARTY CLAIMS AGAINST PPG INDUSTRIES, INC.** |

## STIPULATION

On March 20, 2015, the Estate of Terrance J. George filed a Third Party Complaint against PPG Industries, Inc.  (ECF 89.)

On April 27, 2015, the Estate of Terrence J. George filed an Amended Third Party Complaint against PPG Industries, Inc.  (ECF 101.)

On June 12, 2015, PPG Industries, Inc. filed its answer to the Estate of Terrence J. George's Amended Third-Party Complaint. (ECF 148.)

On September 29, 2015, the Estate of Terrence J. George filed its Second Amended Third Party Complaint against PPG Industries, Inc. (ECF 183.)

On October 15, 2015, the Estate of Terrence J. George and PPG Industries, Inc. entered into a stipulation deeming PPG Industries, Inc.'s Answer to the First Amended Third-Party Complaint to be its answer to the Second Amended Third-Party Complaint. (ECF 189.)

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action through their designated counsel that pursuant to Federal Rule of Civil Procedure, Rule 41(c):

1. Third-Party Plaintiff the Estate of Terrence J. George dismisses without prejudice its Second Amended Third Party Complaint against Third-Party Defendant PPG Industries, Inc.

2. The Estate of Terrence J. George and PPG Industries, Inc. agree to mutually waive all claims of fees and costs, including attorney's fees, related to the Estate of Terrence J. George's Third-Party complaints against PPG Industries, Inc.

Dated: September 12, 2019    BEVERIDGE & DIAMOND, P.C.

By:   /s/   Kaitlyn D. Shannon
          Kaitlyn D. Shannon

Attorneys for Third-Party Defendant
PPG Industries, Inc.

I, Kaitlyn D. Shannon, pursuant to Local Rule 5-4.3.4 attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filings content and have authorized this filing.

1

Stipulation to Dismiss Without Prejudice the Estate of Terrence J. George's Second Amended Complaint Against PPG Industries, Inc.; Case No.: 5:14-cv-01872-DSF (AFMx)

| | | |
|---|---|---|
| Dated: September 12, 2019 | | BASSI, EDLIN, JUIE & BLUM LLP |
| | | By: /s/ Joseph B. Adams |
| | | Joseph B. Adams |
| | | Attorney for Estate of Terrence J. George, Deceased |
| Dated: September 12, 2019 | | WOLFE & WYMAN LLP |
| | | By: /s/ Matthew C. Bures |
| | | Matthew C. Bures |
| | | Attorneys for Intervenors Vigilant Insurance Company; The Standard Fire Insurance Company; Great American Insurance Company of New York, f/k/a/ American National Fire Insurance Company; Century Indemnity Company, as Successor to CCI Insurance Company, as Successor to Insurance Company of North America |
| | | Attorneys for Defendants The Estate of Benjamin F. Fohrman, Deceased, and The Estate of Robert Shack, Deceased |
| Dated: September 12, 2019 | | SCHWARTZ SEMERDJIAN CAULEY & MOOT LLP |
| | | By: /s/ Sarah Brite Evans |
| | | Sarah Brite Evans |
| | | Attorney for Arthur P. Arns |
| Dated: September 12, 2019 | | LEWIS BRISBOIS BISGAARD & SMITH |
| | | By: /s/ Joseph V. Miceli |
| | | Joseph V. Miceli |
| | | Attorney for Donald George |

2

Stipulation to Dismiss Without Prejudice the Estate of Terrence J. George's Second Amended Complaint Against PPG Industries, Inc.; Case No.: 5:14-cv-01872-DSF (AFMx)

Dated: September 12, 2019        NEWMEYER & DILLON LLP

By:  /s/ John E. VanVlear
         John E. VanVlear

Attorney for Darold E. Merritt

Dated: September 12, 2019        WOOD SMITH HENNING AND BERMAN LLP

By:  /s/ David Wood
         David Wood

Attorney for Pacific Engineering Associates, Inc. and Clay Scott Bradfield

Dated: September 12, 2019        PALADIN LAW GROUP LLP

By:  /s/ Bret A. Stone
         Bret A. Stone

Attorney for Estate of Betty Goldberg, Deceased, and Estate of Al Goldberg, Deceased, by and through their successor in interest, Daniel Rubin

Dated: September 12, 2019        CAMPBELL HUGH GREENUP LAW OFFICES

By:  /s/ Campbell H. Greenup
         Campbell H. Greenup

Attorney for St. Paul Laundry & Dry Cleaners, Inc. and L&R Dry Cleaning, Inc.

Dated: September 12, 2019        GORDON AND REES LLP

By:  /s/ Brian Ledger
         Brian Ledger

Attorney for James W. Ross

3

Stipulation to Dismiss Without Prejudice the Estate of Terrence J. George's Second Amended Complaint Against PPG Industries, Inc.; Case No.: 5:14-cv-01872-DSF (AFMx)

1
2    Dated: September 12, 2019          LAW OFFICES OF MICHAEL L.
                                       SANDFORD
3
4                                      By:   /s/ Michael L. Sandford
                                             Michael L. Sandford
5                                      Attorney for Ronald M. Alex
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28