# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor in interest Daniel Rubin,<br><br>Plaintiffs,<br><br>v.<br><br>GOSS-JEWETT COMPANY, INC, et al.,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.: 5:14-cv-01872-DSF (AFMx)<br><br>Assigned for all purposes to:<br>Judge Dale S. Fischer<br><br>**ORDER DISMISSING CROSS, COUNTER, AND 3D PARTY CLAIMS** |

///

///

**STIPULATION AND ORDER DISMISSING ANCILLARY CLAIMS**

3883191.1

1

# ORDER

1. The following Ancillary Claims are dismissed without prejudice and with a waiver of costs, and without prejudice to any party's rights on appeal:

   a. December 10, 2014, Cross Claim, filed by Donald George (Dkt. No. 48);

   b. March 9, 2015, Counterclaim, filed by Estate of Terrence George (Dkt. No. 85);

   c. May 5, 2015, Counterclaim, filed by Donald George (Dkt No. 107);

   d. May 22, 2015, Counterclaim, filed by Estate of Robert Schack and Estate of Benjamin Fohrman (Dkt. No. 131);

   e. September 29, 2015, Second Amended Third Party Complaint, filed by Estate of Terrence George (Dkt. No. 183);

   f. September 29, 2015, Amended Third Party Complaint, filed by Donald George (Dkt. No. 185);

   g. November 20, 2015, Crossclaim, filed by L&R Dry Cleaning, Inc. (Dkt. No. 201); and

   h. December 4, 2015, Third Party Complaint, filed by L&R Dry Cleaning, Inc. (Dkt No. 207).

2. In the event that any applicable Order of this Court is reversed in a later order or upon appeal, any party may apply within a reasonable time to reinstate any applicable Ancillary Claim.

3. The following claims are not affected by this dismissal:

   a. September 8, 2014, Complaint, filed by Estate of Betty Goldberg, Deceased, against Goss-Jewett (Dkt. No. 1);

   b. May 22, 2015, Counterclaims, filed by Intervenors against the Estate of Betty Goldberg (Dkt No. 130);

   c. June 11, 2015, Counterclaims, filed by Pacific Engineering Associates against Estate of Betty Goldberg (Dkt. No. 145), subject

to the partial dismissal thereof (Dkt. No. 421);

d. May 2, 2019, Second Amended Third Party Complaint, filed by Intervenors and certain defendants, against Pacific Engineering Associates and Clay Bradfield (Dkt No. 558);

e. November 27, 2019, Amended Crossclaims, filed by 220 LLC against Goss-Jewett (Dkt No. 660).

IT IS SO ORDERED.

DATED: March 22, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND ORDER DISMISSING ANCILLARY CLAIMS

3883191.1