UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor in interest DANIEL RUBIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOSS-JEWETT COMPANY, INC., *et al.*,<br><br>*Defendants,*<br><br>AND RELATED COUNTERCLAIMS AND CROSSCLAIM. | Case No. 5:14-cv-01872-DSF (AFMx)<br><br>Assigned to Judge Dale S. Fischer<br><br>ORDER GRANTING REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(2) OF GOLDBERG, 220 LLC, AND ARNS<br><br><u>Final pretrial conference</u>:<br>April 19, 2021<br>3:00 p.m.<br>Courtroom 7D (*via* Zoom)<br><br><u>Bench trial</u>:<br>May 11, 2021<br>8:30 a.m.<br>Courtroom 7D (*via* Zoom) |

Good cause appearing, the Court orders as follows:

1. Each of Goldberg's claims against Arns from its Complaint (ECF No. 1) are hereby dismissed with prejudice;
2. Each of 220 LLC's cross-claims against Arns from its Amended Crossclaims (ECF No. 660) are hereby dismissed with prejudice;
3. Goldberg, 220 LLC, and Arns shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 7, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE