Matthew C. Bures (SBN 143361)
mcbures@ww.law
Christopher T. Johnson (SBN 209685)
ctjohnson@ww.law
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300, Irvine, CA 92612

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor in interest Daniel Rubin,<br>Plaintiff(s),<br>v.<br>GOSS-JEWETT COMPANY, INC, et al.,<br>Defendant(s). | CASE NUMBER<br>5:14-cv-01872-DSF (AFMx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Pacific Engineering Associates, Inc., and Clay S. Bradfield

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☑ Third-Party Claim brought by Intervenors and Estate of Fohrman and Robert Schack .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


May 17, 2021                           /s Matthew C. Bures
        *Date*                         *Signature of Attorney/Party*


NOTE:  **F.R.Civ.P. 41(a): *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

  **F.R.Civ.P. 41(c): *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***