JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor in interest Daniel Rubin,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOSS-JEWETT COMPANY, INC, et al.,<br><br>  Defendants.<br><br>AND RELATED CLAIMS | Case No.: 5:14-cv-01872-DSF (AFMx)<br><br>Assigned for all purposes to:<br>Judge Dale S. Fischer<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>**Action filed:** 9/8/2014<br>**Trial Date:** 5/11/2021 |

///
///
///
///
///
///

1

The Court, having considered the Stipulation re Dismissal with Prejudice of Entire Action, and good cause appearing therefor, it is ordered, adjudged, and decreed that the entire action is dismissed with prejudice, with the parties bearing their own fees, costs, and expenses.

IT IS SO ORDERED.

DATED: April 26, 2022

　　　　　　　　　　　　　　　/s/ Dale S. Fischer
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE