UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BETTY GOLDBERG, DECEASED and ESTATE OF AL GOLDBERG, DECEASED, by and through their successor in interest Daniel Rubin, <br><br> Plaintiffs, <br><br> v. <br><br> GOSS-JEWETT COMPANY, INC, et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS AND THIRD-PARTY ACTIONS. | Case No.: 5:14-cv-01872-DSF (AFMx) <br><br> Assigned for all purposes to: Judge Dale S. Fischer <br><br> **PARTIAL JUDGMENT** <br><br> **F.R.C.P. 54(b)** |

///

///

1

On July 14, 2020, this Court granted, inter alia, summary judgment in favor of Carol George, Donald George, Darold Merritt, the Estate of Benjamin Fohrman, the Estate of Terrence George, and the Estate of Robert Schack (collectively, the "Individual and Estate Defendants"). (Dkt. No. 769.) However, the Court declined to enter partial judgment, because "The claims on which partial judgment is sought are based on similar legal and factual issues as the claims remaining in the case." (Dkt. No. 774, p. 2.)

The remaining parties inform the Court that they have reached a proposed settlement that will resolve all remaining claims involving all remaining parties. Entry of dismissal in connection with that settlement, together with entry of partial judgment in favor of the Individual and Estate Defendants, would completely terminate and close this action. The Court is informed that Plaintiffs do not oppose entry of partial judgment in favor of the Individual and Estate Defendants, a judicial entry which is important to the Individual and Estate Defendants and upon which they in part based their respective signings of the Settlement Agreement herein.

Accordingly, the Court determines as follows:

1. The Court expressly determines there is no just reason to delay entry of judgment dismissing all claims against the Individual and Estate Defendants.

2. The Settlement Agreement between the remaining parties has resolved all legal and factual issues contained in all claims still pending before the Court.

3. Denying the Individual and Estate Defendants' request to enter judgment would create a harsh and unjust result, because it could undo or otherwise jeopardize the Settlement Agreement, and impose needless burdens on the Court and the parties to pursue final judgment in this matter.

IT IS ORDERED AND ADJUDGED AS FOLLOWS:

1. Judgment is entered in favor of Carol George, Donald George, Darold Merritt, the Estate of Benjamin Fohrman, the Estate of Terrence George, and the Estate of Robert Schack. Goldberg's and 220 LLC's claims against Carol George,

Donald George, Darold Merritt, the Estate of Benjamin Fohrman, the Estate of Terrence George, and the Estate of Robert Schack are dismissed on the merits with prejudice.

    2.    No costs or fees are awarded pursuant to this Judgment

Date: April 28, 2022

*Dale S. Fischer*
Hon. Dale S. Fischer
United States District Judge